187 So.2d 438

Leander H. PEREZ, Jr.

v.

Bruce RHIDDLEHOOVER et al.

No. 48214.

June 6, 1966.

In re: Roy Lyons applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Plaquemines. 186 So.2d 686.

Writ refused. The judgment of the Court of Appeal is correct.

187 So.2d 438

Sallie Mae Ewell MOORE

v.

John Wesley MOORE.

John Wesley MOORE

v.

Sallie Mae Ewell MOORE.

No. 48205.

May 19, 1966.

In re: John Wesley Moore applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Tensas. 187 So.2d 145.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.